UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREW WETZEL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1197** |
| **E. DUSTIN BICKHAM, ET AL.** | **SECTION "A" (2)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 4), and the failure of any party to file an objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts them as its opinion in this matter. Therefore,

It is **ORDERED** that Andrew Wetzel's 28 U.S.C. § 2254 petition for writ of habeas corpus challenging his conviction in St. Tammany Case No. 1077-F-2021 be **STRICKEN** from the record and this matter be **CLOSED** by the Clerk of Court.

It is **FURTHER ORDERED** that Wetzel's Motion for Leave to Proceed *in forma pauperis* (ECF No. 2) be **DENIED** as **MOOT**.

New Orleans, Louisiana, this   26th   day of   August  , 2025.

_____
UNITED STATES DISTRICT JUDGE